

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530

Tel: (202) 353-4895

January 4, 2026

VIA CM/ECF

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

RE:    *Gonzalez v. El Centro del Barrio*, No. 25-50092 (5th Cir.)

Dear Mr. Cayce:

I am writing to identify a minor correction to the government's brief as *amicus curiae* in this appeal. I would appreciate your circulating this letter to the members of the panel in advance of the oral argument currently set for Tuesday, January 6, 2026.

As our brief explains (at 15 n.1), the record makes clear that the government filed a notice with the state court on July 23, 2024. *See* ROA.64 (state-court docket); ROA.106 (notice stamped "filed" by the state court). CentroMed has argued (Br. 10) that the notice was not filed until July 30. CentroMed bases that argument on a copy of the notice in the record, ROA.117, that contains the following stamp:



In our brief, we interpreted this stamp (at 15 n.1) to mean that a copy of the government's notice had been stamped "received" by the state court clerk's office on July 30, which we explained was immaterial given that the court had deemed the document filed on July 23, *see* ROA.64, ROA.106. In preparing for oral argument, we have realized that the stamp on ROA.117 may have been applied by CentroMed's

offices, not by the state court clerk's office.  Notably, the same stamp appears on a letter, at ROA.115, that was sent by the government to CentroMed.

For the reasons explained in our brief, all this is immaterial:  The record makes clear that the notice was filed with the state court on July 23, regardless of whether the "July 30" stamp was later applied to a hard copy by the state court clerk's office or by CentroMed's own office.  But in the interest of candor, we are writing to correct the statement in our brief that the "July 30" stamp was applied by the state court—a statement we now regard as likely incorrect.

Sincerely,

_s/ Urja Mittal_____
Urja Mittal

cc:    Counsel of Record (via CM/ECF)